

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jose Tovalin,

Vs. No. 11-21-00125-CV

Texas Generator Power Systems &
Services, Inc.,

* From the 161st District Court
  of Ector County,
  Trial Court No. B-18-11-1709-CV.

* January 26, 2023

* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J. and
  Trotter, J.)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jose Tovalin.